AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Zuffa LLC,

                Plaintiff,

  v.

Patrick l Hua, et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01518-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Zuffa LLC, and against Defendants, Patrick L. Hua and PPLS LLC, dba G.O.A.T. Sports Bar, jointly and severally, in the following amounts:
    a. Damages under 47 U.S.C. § 605(e)(3)(c)(i)(II): $10,000.00
    b. Damages under 47 U.S.C. § 605(e)(3)(c)(ii): $ 10,000.00
    c. Damages under 17 U.S.C. §504(c)(1): $ 5,000.00
    d. Damages under 17 U.S.C. §504(c)(2): $ 5,000.00
    TOTAL DAMAGES AWARD: $30,000.00

7/31/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk